Rel: May 23, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0380

James P. Key, Jr. v. Warren Averett, LLC, Warren Averett Companies, LLC, April A. Harry, William A. Dow, and Mary F. Elliott (Appeal from Shelby Circuit Court: CV-18-900942).

COOK, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, and McCool, JJ., concur.